UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,**

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　**No. 4:25-cv-01056-P**

**AMERICAN AIRLINES, INC.,**

    Defendant.

## ORDER

Before the Court is Plaintiff's Motion to Continue Deadlines. ECF No. 66. Having considered the filing and the relevant law, the Court finds that the Motion should be and is hereby **DENIED.**

In May, the Court warned the Parties that additional extensions would be limited because of the number of continuances already granted in this case. ECF No. 35. On June 11, 2026, after extending the deadlines yet again in this case, the Court warned the Parties that it would not entertain further continuances. ECF No. 49. The Court also noted that additional continuances would not be necessary if the attorneys review their obligations when practicing before this Court. *See Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n.*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc). ECF No. 49.

Accordingly, the Court **ORDERS** all Counsel of record for all Parties to read: (1) *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n.*, 121 F.R.D. 284 (N.D. Tex. 1988); (2) the Local Civil Rules of the United States District Court for the Northern District of Texas; (3) the Texas Lawyer's Creed; (4) the Texas Disciplinary Rules of Professional Conduct; and (5) this Court's Judge Specific Requirements. It is further **ORDERED** that all Counsel of record for all Parties shall each certify to the Court via a sworn affidavit filed by **5:00 p.m.** on **July 13, 2026**, that they have read, understand, and will comply with these five documents throughout the remainder of this litigation.

Failure to comply with this Order shall result in monetary sanctions being imposed against individual Counsel, the Parties, or both.

**SO ORDERED** on this **8th day of July 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE